IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED

AUG 1 4 2019

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GEORGE PHILLIP TIGER, *Defendant*. | Case No. **CR 19-066-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## INTRODUCTION

At all times relevant to the indictment:

1. The Alabama-Quassarte Tribal Town (AQTT) was an Indian tribal government and organization that received federal assistance in excess of $10,000.00 during any one-year period from January 1, 2012 through the time of this indictment. AQTT was headquartered in Wetumka, Oklahoma, which was in the Eastern District of Oklahoma. AQTT elected governing council and Member Representative Managers worked and resided in the Eastern District of Oklahoma.

2. The AQTT Economic Development Authority was formed to identify, plan, initiate and develop tribal economic and industrial activities on behalf of the AQTT.

3. From on or about September 26, 2017 through December 4, 2018, Defendant **GEORGE PHILLIP TIGER** was an agent of AQTT whose duties included serving as the Chairman of the Economic Development Authority Board (EDA Board).

## COUNT ONE

## BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS
## [18 U.S.C. § 666(a)(1)(B)]

From on or about September 26, 2017 through on or about February 15, 2019, in the Eastern District of Oklahoma and elsewhere, Defendant **GEORGE PHILLIP TIGER** did corruptly solicit, demand, accept and agree to accept a thing of value from persons known to the Grand Jury, intending to be influenced and rewarded in connection with a transaction or series of transactions of AQTT involving $5,000.00 or more in violation of Title 18, United States Code, Sections 666(a)(1)(B).

## FORFEITURE ALLEGATION

1.   The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offense in violation of Title 18, United States Code, Section 666 set forth in Count One of this Indictment, the defendant, **GEORGE PHILLIP TIGER**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendant.

3.   If any of the property described above, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;
      b.   has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;
      d.      has been substantially diminished in value; or
      e.      has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

TRUE BILL:

*Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.*

s / Foreperson
FOREPERSON OF THE GRAND JURY

BRIAN J. KUESTER
United States Attorney

*(signature)*

Douglas A. Horn, OBA #13508
Ryan Heatherman, OBA #20721
Courtney Jordan, OBA #31892
Assistant United States Attorneys